# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRENDA NEWSON**                                                                                    **PLAINTIFF**

V.                          CASE NO.: 3:10CV00230 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Brenda Newson's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 8th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE